# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2015

Robert P. Young, Jr.,
Chief Justice

151104

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

IN RE CERTIFIED QUESTION FROM
THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT,

_____/

SC: 151104
US COA, 9th Circuit:
12-17734

PETER DEACON, individually and on behalf
of all others similarly situated,
      Plaintiff-Appellant,

v

PANDORA MEDIA, INC.,
      Defendant-Appellee.

_____/

On order of the Court, the question certified by the United States Court of Appeals for the Ninth Circuit is considered. We direct the Clerk to schedule oral argument on whether to grant the request to answer the certified question. MCR 7.308(A)(3). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether Deacon has stated a claim against Pandora for violation of the Michigan Video Rental Privacy Act, MCL 445.1711 et seq., by adequately alleging that Pandora is in the business of "renting" or "lending" sound recordings, and that he is a "customer" of Pandora, because he "rents" or "borrows" sound recordings from Pandora. The parties should not submit mere restatements of their prior filings.

The Intellectual Property Law Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2015



d0922

Clerk